IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 SEP 16  A 11: 02

US DISTRICT COURT
BRIDGEPORT

| | | |
|---|---|---|
| GE GROUP LIFE ASSURANCE COMPANY F/K/A PHOENIX MUTUAL INSURANCE COMPANY | : | CIVIL NO. 3:02CV1702(SRU) |
| Plaintiff, | : | |
| v. | | |
| DANIEL COCHRAN, | : | |
| Defendant. | : | September 7, 2005 |

## APPEARANCE

TO:   Clerk
United States District Court
District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06604

Please enter my appearance in the above entitled action as attorney for plaintiff, GE Group Life Assurance Company f/k/a Phoenix Mutual Insurance Company.

Respectfully submitted,

By: _____
Sigismund L. Sapinski    CT13321
Genworth Financial
175 Addison Rd.
Windsor, CT 06095
Telephone: (860) 737-6597
Telecopier: (860) 737-6598
E-mail: Sigismund.Sapinski@genworth.com

CC 1514580v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of Sept _____, 2005, a true and correct copy of the above and foregoing, was sent by first class mail, postage prepaid to the following persons:

Richard F. Tolisano
2 Congress St.
Hartford, CT 06114-1024

Daniel Cochran
73139 CR 390
Gobles, MI 49055

*[signature]*
Attorney for Plaintiff

CC 1514580v1