IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 SEP 16 A 11: 17

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| GE GROUP LIFE ASSURANCE COMPANY F/K/A PHOENIX MUTUAL INSURANCE COMPANY, | : | CIVIL NO. 3:02CV1702(SRU) |
| Plaintiff, | : | |
| v. | | |
| DANIEL COCHRAN, | : | |
| Defendant. | : | September 7, 2005 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1 of the Local Rules of the Civil Procedure for this Court, the undersigned, a member in good standing of the bar of this Court, requests the Court to admit Richard N. Bien as visiting attorney to represent plaintiff GE Group Life Assurance Company f/k/a Phoenix Mutual Insurance Company in this case. In support of this motion, the undersigned asserts the following:

1. Richard N. Bien is an attorney in the firm of Lathrop & Gage L.C. His office address and other contact information are as follows:

> Lathrop & Gage L.C.
> 2345 Grand Blvd., Suite 2800
> Kansas City, Missouri 64108
> Telephone:  (816) 292-2000
> Telecopier:  (816) 292-2001
> E-mail:  rbien@lathropgage.com

2. Attorney Bien is a member of the following courts:

> State of Missouri
> U.S. District Court for the Western District of Missouri
> U.S. District Court for the District of Kansas
> Eighth Circuit Court of Appeals
> Tenth Circuit Court of Appeals

CC 1514586v1

-2-

3. Attorney Bien has never been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules of this Court or denied admission or disciplined by any other court.

4. In accordance with Local Rule 83.1, the affidavit of Attorney Bien is attached.

5. A fee of $25.00 has been paid.

Respectfully submitted,

PLAINTIFF, GE GROUP LIFE ASSURANCE COMPANY F/K/A PHOENIX MUTUAL INSURANCE COMPANY

By: /s/ Sigismund L. Sapinski
Sigismund L. Sapinski    CT13321
Genworth Financial
175 Addison Rd.
Windsor, CT 06095
Telephone: (860) 737-6597
Telecopier: (860) 737-6598
E-mail: Sigismund.Sapinski@genworth.com

CC 1514586v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 SEP 16 A 11: 17

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| GE GROUP LIFE ASSURANCE COMPANY F/K/A PHOENIX MUTUAL INSURANCE COMPANY, | : | CIVIL NO. 3:02CV1702(SRU) |
| Plaintiff, | : | |
| v. | | |
| DANIEL COCHRAN, | : | |
| Defendant. | : | September 15, 2005 |

### AFFIDAVIT OF RICHARD N. BIEN FOR MOTION FOR ADMISSION PRO HAC VICE

Richard N. Bien, having been duly sworn, hereby deposes and says:

1. I am over the age of eighteen and understand the meaning and obligations of an oath.

2. I am a partner in the firm of Lathrop & Gage L.C., and have a client-attorney relationship with plaintiff, GE Group Life Assurance Company f/k/a Phoenix Mutual Insurance Company. My office address and other contact information are as follows:

> Lathrop & Gage L.C.
> 2345 Grand Blvd., Suite 2800
> Kansas City, Missouri  64108
> Telephone:   (816) 292-2000
> Telecopier:   (816) 292-2001
> E-mail: rbien@lathropgage.com

3. I am a member of the bars of the following courts:

- State of Missouri
- U.S. District Court for the Western District of Missouri
- U.S. District Court for the District of Kansas
- Eighth Circuit Court of Appeals

CC 1514586v1

- Tenth Circuit Court of Appeals

4. I have not been denied admission or disciplined by this or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

The foregoing statements are true to the best of my knowledge and belief.

By: *[signature]*
Richard N. Bien    MO #31398
Lathrop & Gage L.C.
2345 Grand Blvd., Suite 2800
Kansas City, Missouri
Telephone: (816) 292-2000
Telecopier: (816) 292-2001
E-mail: rbien@lathropgage.com

Subscribed and sworn to before me this 15TH day of Sept., 2005.

Commission Expires:

9-11-06

*[signature]*
Notary Public

C. LORENE WEBER
Notary Public - Notary Seal
STATE OF MISSOURI - Clay County
My Commission Expires Sept. 11, 2006

-4-

CC 1514586v1