IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**
2005 SEP 16  A 11: 02
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| GE GROUP LIFE ASSURANCE COMPANY F/K/A PHOENIX MUTUAL INSURANCE COMPANY, | : : : | CIVIL NO. 3:02CV1702(SRU) |
| Plaintiff, | : | |
| v. | | |
| DANIEL COCHRAN, | : | |
| Defendant. | : | September 15, 2005 |

### APPEARANCE

TO:   Clerk
United States District Court
District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT  06604

Please enter my appearance in the above entitled action as attorney for plaintiff, GE Group Life Assurance Company f/k/a Phoenix Mutual Insurance Company.

Respectfully submitted,

By:  *[signature]*
Richard N. Bien    phv0496
Lathrop & Gage L.C.
2345 Grand Blvd., Suite 2800
Kansas City, Missouri  64108
Telephone:  (816) 460-5520
Telecopier:  (816) 292-2001
E-mail:  rbien@lathropgage.com

CC 1514576v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of Sept., 2005, a true and correct copy of the above and foregoing, was sent by first class mail, postage prepaid to the following persons:

Richard F. Tolisano
2 Congress St.
Hartford, CT 06114-1024

Daniel Cochran
73139 CR 390
Gobles, MI 49055

_____
Attorney for Plaintiff